NICHOLAS W. SARRIS (SBN 242011)
nsarris@jmllaw.com
TALYA T. DELUYA, ESQ. (SBN 337012)
tdeluya@jmllaw.com
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

Attorneys for Plaintiff
DAVID RODRIGUEZ

ROBIN E. LARGENT (SBN 197595)
rlargent@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
455 Capitol Mall, Suite 400
Sacramento, CA 95814
Telephone: (916) 970-1430
Fax: (404) 909-8120

Attorneys for Defendant
GENUINE PARTS COMPANY
dba NAPA AUTO PARTS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RODRIGUEZ, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>GENUINE PARTS COMPANY dba NAPA AUTO PARTS, a Georgia corporation; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. 5:24−cv−00831−WLH-DTB<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>**NOTE CHANGES MADE BY THE COURT**<br><br>Complaint Filed: December 8, 2023<br>Discovery Cut Off:    Not set<br>Trial Date: Not set |

1  Before the Court is the Parties' Stipulated Protective Order. The Court finds

2  that good cause has been shown and the Stipulated Protective Order should be and

3  hereby is GRANTED.

4  IT IS SO ORDERED.

5

6  DATED: October 24, 2024

7

8  _____

   Honorable David T. Bristow

9  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28