UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RODRIGUEZ, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>GENUINE PARTS COMPANY dba NAPA AUTO PARTS, a Georgia corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 5:24−cv−00831−WLH (DTBx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [21]** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATE: 12/19/2024

                                            Hon. Wesley L. Hsu
                                            United States District Judge

1